Dougal C. POPE, Plaintiff-Appellant,

v.

UNITED STATES of America and M. Carr Ferguson, Defendants-Appellees.

No. 77–1338.

United States Court of Appeals, Fifth Circuit.

Dec. 4, 1978.

Dougal C. Pope, pro se.

Rudy M. Groom, Houston, Tex., for plaintiff-appellant.

Murray S. Horwitz, Atty., Gilbert E. Andrews, Chief, App. Sect., Robert A. Bernstein, Jeffrey S. Blum, Tax Div., Dept. of Justice, Washington, D. C.

M. Carr Ferguson, pro se.

James R. Gough, U. S. Atty., R. Burton Ballanfant, Asst. U. S. Atty., Houston, Tex., for defendants-appellees.

Before JONES, AINSWORTH and HILL, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the opinion of District Judge Woodrow Seals dated January 11, 1977, 459 F.Supp. 426.

AFFIRMED.